IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS, MONTANA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cause No. CR-22-56-GF-BMM |
| Plaintiff, ) | ORDER GRANTING: |
| ) | DEFENDANT'S UNOPPOSED |
| vs. ) | MOTION TO AMEND |
| ) | BOND CONDITIONS |
| DAMON JOEL CASTILLO, ) | |
| Defendant. ) | AS CORRECTED *(per italics)* |

_____

UPON Motion of Defendant, and no objection being raised by the Government, the conditions of Defendant's bond are hereby amended as follows: (1) The Court permits unlimited travel outside the State of Montana in pursuit of work as a firefighter, and (2) The Court permits out-of-state travel between October 6 through October 12, 2022 for a wedding in *Nevada.*

DATED this 5th day of October, 2022.

_____
John Johnston
United States Magistrate Judge