IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br><br>DAMON JOEL CASTILLO,<br><br>Defendant. | CR-22-56-GF-BMM<br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 24, 2025. (Doc. 72.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on September 23, 2025 (Doc. 67.) The United States accused James Michael Castillo (Castillo) of violating the

conditions of his supervised release by: (1) failing to comply with the instructions of his probation officer to contact the Fort Belknap Tribal court by July 10, 2025, regarding an outstanding 2023 warrant for the offenses of Criminal Possession of Dangerous Drugs with Intent, Criminal Possession of Dangerous Drugs, and Criminal Possession of Drug Paraphernalia; (2) failing to be available for a home visit by his probation officer on July 10, 2025; (3) failing to comply with the instructions of his probation officer to return home on July 10, 2025 for a home visit; (4) failing to comply with substance abuse testing on August 7, 2025; (5) failing to comply with the instructions of his probation officer to return home on August 7, 2025 for a home visit; and (6) testing positive for methamphetamine on September 15, 2025. (Docs. 62 and 65.)

    At the revocation hearing, Castillo admitted he had violated the terms of his supervised release as set forth in the Amended Petition. Castillo was advised of his right to appeal and allocute before the undersigned. (Doc. 67.)

    Judge Johnston found that violations Castillo admitted prove serious and warrants revocation of his supervised release and recommends a term of custody of 3 months with 30 months of supervised release to follow. (Doc. 72.)

    The violations prove serious and warrant revocation of Castillo's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 72) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Damon Joel Castillo be sentenced for a term of custody for 3 months, with 33 months of supervised release to follow.

DATED this 8th day of October 2025.

_____
Brian Morris, Chief District Judge
United States District Courts