IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>DAMON JOEL CASTILLO,<br><br>Defendant. | CR-22-56-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 4, 2026. (Doc. 84.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a final revocation hearing on February 3, 2026 (Doc. 80.) The United States accused Damon Castillo (Castillo) of violating the

conditions of his supervised by  by: (1) using methamphetamine on January 8, 2026; (2) committing another federal, state or local crime by being arrested on January 18, 2026 by Fort Belknap Law Enforcement for the misdemeanor offenses of Assault and Criminal Contempt; and (3) consuming alcohol on or about January 18, 2026. (Doc. 77.)

At the revocation hearing, Castillo admitted that he had violated the conditions of supervised release as set forth in allegation 1, and 3 of the Petition. The government moved to dismiss allegation 2, which Judge Johnston granted. Judge Johnston recommended a sentence of custody of 3 months with 27 months of supervised release to follow. Judge Johnston also recommended during the first 90 days of supervised release, Castillo be subject to home detention.  (Doc. 84.) The Court advised Castillo of his right to appeal and to allocute before the undersigned. He waived those rights. (Doc. 80.)

The violations Castillo admitted prove serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Amended Findings and Recommendations (Doc. 84) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Damon Joel Castillo be sentenced for a term of custody of 3

months with 27 months supervised release to follow. During the first 90 days of supervised release, Castillo will be subject to home detention.

DATED this 24th day of February 2026.

_____
Brian Morris, Chief District Judge
United States District Courts